**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:20-cv-20116-UU

GREGG S. PIERLONI,

     Petitioner,

v.

WARDEN SYLVESTER L. JENKINS, et al.,

     Respondent.

                                     /

## ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Plaintiff's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. 2241 (D.E. 1).

THE COURT has reviewed the Petition and pertinent parts of the record and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Reid, who, on May 18, 2020, issued a Report (the "Report") recommending that: (1) Petitioner's request to be released from incarceration and transferred to home confinement under the Elderly Release Initiative of the First Step Act be denied as moot because Petitioner was released from prison on January 10, 2020; and (2) Petitioner's request to be transferred to a halfway house in Tampa, Florida, outside the Southern District of New York (where he was convicted and sentenced) be dismissed for lack of jurisdiction. D.E. 16.

Petitioner did not file objections to the Report. *See LoConte v. Dugger*, 847 F.2d 745, 750 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review of the Petition and the Report, the undersigned agrees with Magistrate

Judge Reid's recommendation except as to one detail. Petitioner's Elderly Release Initiative should

be dismissed, not denied as moot. Even if Petitioner were still in prison, the Court does not have

the authority to grant release under the Elderly Release Initiative of the First Step Act; the initiative

is administered by the Attorney General and the BOP and the statute does not provide for federal

court redress. *See* 34 U.S.C. § 60541(g). Accordingly, it is hereby

ORDERED AND ADJUDGED that the Report, D.E. 16, is ADOPTED, RATIFIED, AND

AFFIRMED IN PART. This matter is DISMISSED for lack of jurisdiction. It is further

ORDERED AND ADJUDGED that the case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _8th_ day of June, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Gregg S. Pierloni, *pro se*
counsel of record via cm/ecf